In the Matter of NICOLE RADUNS, Petitioner, v ALBERT PRACK, as Director of Special Housing and Inmate Disciplinary Programs, et al., Respondents. [994 NYS2d 553]—Proceeding pursuant to CPLR article 78 (transferred to this Court by order of the Supreme Court, entered in Albany County) to review a determination of the Commissioner of Corrections and Community Supervision which found petitioner guilty of violating a prison disciplinary rule.

Petitioner commenced this CPLR article 78 proceeding challenging a prison disciplinary determination. The Attorney General has advised this Court that the determination at issue has been reversed, all references thereto have been expunged from petitioner's institutional record and the $5 mandatory surcharge has been refunded to petitioner's inmate account. Petitioner is not entitled to be restored to the status she enjoyed prior to the disciplinary determination (*see Matter of Herring v Prack*, 118 AD3d 1200, 1200 [2014]; *Matter of Burt v Connolly*, 116 AD3d

1283, 1283 [2014]). In view of this and given that petitioner has received all of the relief to which she is entitled, the matter is dismissed as moot (*see Matter of Scott v Fischer*, 119 AD3d 1307, 1307 [2014]; *Matter of Hughes v Venettozzi*, 117 AD3d 1248, 1248-1249 [2014]).

Peters, P.J., McCarthy, Rose, Lynch and Devine, JJ., concur. Adjudged that the petition is dismissed, as moot, without costs.